EDITH M. STEVENS, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Argued December 6, 1934; decided December 31, 1934.)

*Frederick E. Weinberg, Louis Weinberger* and *Franklin P. Trautmann* for appellant.

*Charles B. La Voe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.